## SCOTT vs. BILLINGS.

Whether one    PROMISSORY *note, without a subscribing wit-*
may be inter-    *ness.* The petition contained an interrogatory, as
rogated, on    in the preceding case. The same objection was
the genuine-
ness of his    made, and the question in like manner reserved.
signature?

*Baldwin,* for plaintiff.    *Hopkins,* for defendant.